IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:12-cv-00714-D

| | | |
|---|---|---|
| LOUSHONDA MYERS, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | MOTION TO STRIKE AND DISMISS |
| | ) | |
| THE STATE OF NORTH CAROLINA, et al., | ) | (Fed. R. Civ. P. 11, 12(b)(6)) |
| | ) | |
|     Defendants. | ) | |

NOW COME Defendants The State of North Carolina, Magistrate Keith Underwood, Magistrate/Judge Bethany Hale, Magistrate/Judge Walter Stanley, Susan Doyle, Adren Harris, North Carolina Court System, Office of Indigent Defense Services, Johnston County Public Defender's Office, and Johnston County District Attorney's Office, in their official and individual capacities, by and through Roy Cooper, Attorney General, and Grady L. Balentine, Jr., Special Deputy Attorney General, for the purpose of moving to strike, pursuant to Rule 11 of the Federal Rules of Civil Procedure, all references to the minor children as plaintiffs and all claims raised on their behalf, and to dismiss the remaining claims against these defendants pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure, in that Plaintiffs' claims are barred by the Eleventh Amendment, judicial immunity, prosecutorial immunity, and Plaintiffs' failure to state a claim, as more fully set forth in the memorandum of law filed herewith.

Respectfully submitted this 28th day of December, 2012.

        ROY COOPER
        Attorney General


        /s/ Grady L. Balentine, Jr.
        Special Deputy Attorney General
        N.C. State Bar No. 19541
        North Carolina Department of Justice
        P.O. Box 629
        Raleigh, NC 27602
        Telephone: (919) 716-6867
        Facsimile: (919) 716-6755
        Email: gbalentine@ncdoj.gov

        Attorney for Defendants The State of North Carolina, Underwood, Hale, Stanley, Doyle, Harris, North Carolina Court System, Office of Indigent Defense Services, Johnston County Public Defender's Office, and Johnston County District Attorney's Office

CERTIFICATE OF FILING AND SERVICE

    This is to certify that the undersigned has this day electronically filed the foregoing MOTION TO STRIKE AND DISMISS ON BEHALF OF DEFENDANTS THE STATE OF NORTH CAROLINA, UNDERWOOD, HALE, STANLEY, DOYLE, HARRIS, NORTH CAROLINA COURT SYSTEM, OFFICE OF INDIGENT DEFENSE SERVICES, JOHNSTON COUNTY PUBLIC DEFENDER'S OFFICE, JOHNSTON COUNTY DISTRICT ATTORNEY'S OFFICE using the CM/ECF system which will send notification of such filing to the parties of record who participate in the CM/ECF system as follows:

    Brian Peter Durelle Oten
    North Carolina State Bar
    boten@ncbar.gov
    Attorney for Defendants Bennet, Simeon, Silverstein, and
    Unknown agents of the North Carolina State Bar

    Grant S. Mitchell
    grant.mitchell@mlg-mail.com
    Timothy C. Smith, Jr.
    tim.smith@mlg-mail.com
    The Mitchell Law Group
    Attorneys for Defendants Bizzell, Fish, Allen, Pate,
    Creech, Canady, Case, Daughtry, Stewart, Johnson, Billis/Gillis, and
    Unknown officers and agents of the Johnston County Sheriff's Department

    David F. Mills
    David S. Mills, PA
    david@mills-law.com
    Attorney for Defendants Carrae; Franklin; Unknown officers and agents of the
    Johnston County Department of Social Services; and Johnston County, North
    Carolina

    John P. O'Hale
    Narron O'Hale & Whittington
    knarron@nowlaw.com
    Attorney for Defendants Ballard and Ballard Law Firm, PLLC

Charles J. Bridgmon
cbridgmon@dmclaw.com
John T. Holden
jholden@dmclaw.com
Dickie, McCamey & Chilcote, PC
Attorneys for Defendants Walker and Walker Law Firm, PLLC

John A. Maxfield
Wake County Sheriff's Department
jmaxfield@co.wake.nc.us
Roger A. Askew
Wake County Attorney's Office
roger.askew@wakegove.com
Attorneys for Defendants Harrison; Unknown officers/agents of the Wake County Sheriff's Department; and Wake County, North Carolina

The undersigned further certifies that he served the following non CM/ECF participants by depositing a copy of same with the United States Postal Service, first-class postage prepaid, and addressed as follows:

Loushonda Myers
27 Wateree Trail
Georgetown, SC 29440
*Pro se plaintiffs*

This the 28th day of December, 2012.

/s/ Grady L. Balentine, Jr.
Special Deputy Attorney General

4