# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
### 5:12-cv-714-D

LOUSHONDA MYERS, et. al.,        )
                                          )

        Plaintiffs,                )
                                          )

    Vs.                             )
                                          )

                                          )
THE STATE OF NORTH CAROLINA, et. al.,   )

                                          )

        Defendants.           )

## DEFENDANTS WAKE COUNTY SHERIFF DONNIE HARRISON, UNKNOWN OFFICERS/AGENTS OF THE WAKE COUNTY SHERIFF'S DEPARTMENT AND WAKE COUNTY'S MOTION TO DISMISS
### (Failure to State a Claim)

NOW COMES defendants Sheriff Donnie Harrison (and any unknown officers/agent of the Wake County Sheriff's Department) and Wake County and all hereby move the court to dismiss this action pursuant to Rule 12(b)(6) the Federal Rules of Civil Procedure on the grounds that the plaintiff's complaint fails to state a claim upon which relief may be granted and should be dismissed.

WHEREFORE, these defendants pray the Court enter an Order dismissing Plaintiffs' complaint and for such other and further relief as to the Court may seem just.

Respectfully submitted, this 10th day January 2013.

ATTORNEYS FOR SHERIFF HARRISON
AND WAKE COUNTY

*/s/ John A. MAxfield*
John A. Maxfield
Deputy County Attorney
Wake County Sheriff's Office
P. O. Box 550

Raleigh, N.C. 27602
Tel: (919) 856-6937
Fax: (919) 856-6874
E-Mail: jmaxfield@wakegov.com
N.C. State Bar # 12481


*/s/ Roger A. Askew*
Deputy Wake County Attorney
Office of the County Attorney
P.O. Box 550
Raleigh, N.C. 27602
Phone: (919) 856-5500
Fax:    (919) 856-5504
E-Mail: Roger.Askew@wakegov.com
N.C. State Bar # 18081

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-cv-714-D

LOUSHONDA MYERS, et. al.,            )
                                     )
            Plaintiffs,              )
                                     )
    Vs.                              )
                                     )
                                     )
THE STATE OF NORTH CAROLINA, et. al.,  )
                                     )
                                     )
            Defendants.              )

## CERTIFICATE OF SERVICE VIA CM/ECF and US MAIL

I hereby certify that on January 10, 2013 I electronically filed the foregoing MOTION TO DISMISS and, I hereby further certify that I served this document electronically pursuant to Local Civil Rule 5.1(b) upon all registered users of CM/ECF; and upon all other non-registered parties or attorneys pursuant to Rule 5 of the Federal Rules of Civil Procedure by depositing a copy in the care and custody of the United States Postal Service with proper postage affixed thereon this 10th day of January 2013, and addressed as follows:

SERVED VIA US MAIL UPON:

Loushonda Myers
27 Wateree Trail
Georgetown, South Carolina 29440

*/s/ Roger A. Askew*
Roger A. Askew
Deputy County Attorney
E-mail: Roger.Askew@wakegov.com

Office of the County Attorney
Post Office Box 550
Raleigh, North Carolina 27602
Phone: (919) 856-5500
Fax:    (919) 856-5504