IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LOUSHONDA MYERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE STATE OF NORTH CAROLINA, et al., <br><br> Defendants. | Case No. 5:12-CV-714-D <br><br><br><br><br> **DEFENDANTS STEVEN WALKER AND WALKER LAW FIRM, PLLC'S MOTION TO DISMISS** |

NOW COME Defendants Steven Walker and Walker Law Firm, PLLC ("Defendants"), by and through their undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, and hereby move this Court for an Order dismissing Plaintiffs' claims against Defendants for failure to state a claim upon which relief can be granted.

Respectfully submitted, this the 10th day of January, 2013.

        By:    /s/ Charles J. Bridgmon
                JOHN T. HOLDEN (NC Bar #37416)
                CHARLES J. BRIDGMON (NC Bar #37887)
                **DICKIE, MCCAMEY & CHILCOTE, P.C.**
                2115 Rexford Road, Suite 210
                Charlotte, North Carolina 28211
                Phone: (704) 998-5184
                Fax:   (888) 811-7144
                Email: cbridgmon@dmclaw.com

                *Attorneys for Defendants Steven Walker and Walker Law Firm, PLLC*

## CERTIFICATE OF SERVICE

I, Charles J. Bridgmon, Esq., hereby certify that a true and correct copy of the foregoing **DEFENDANTS STEVEN WALKER AND WALKER LAW FIRM, PLLC'S MOTION TO DISMISS** has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record per the CM/ECF system.

I hereby certify that I have also served a copy of same upon plaintiffs by depositing said copy in a first class postage prepaid wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service, properly addressed to:

Loushonda Myers
27 Wateree Trail
Georgetown, South Carolina 29440
*Pro Se Plaintiff*

By: /s/Charles J. Bridgmon
Charles J. Bridgmon
*Attorneys for Defendants Steven Walker
and Walker Law Firm, PLLC*