UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILE NO. 5:12-CV-714-D

LOUSHONDA MYERS, ET AL

    vs.

THE STATE OF NORTH CAROLINA,
ET AL

**DEFENDANTS' BALLARD AND BALLARD LAW FIRM, PLLC MOTIONS TO STRIKE PURSUANT TO RULE 12(f) AND TO DISMISS PURSUANT TO RULE 12(b)(6)**

NOW INTO COURT, by and through undersigned counsel, come Defendants, Aleta Ballard and Ballard Law Firm, PLLC and move this Honorable Court to strike certain allegations set forth in Plaintiff's complaint pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, and to dismiss Plaintiff's claims asserted against Defendants pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted, this the 16th day of January, 2013.

NARRON, O'HALE AND
  WHITTINGTON, P.A.

By:   /s/ John P. O'Hale
      Attorney for Defendants,
      Aleta Ballard & Ballard Law Firm, PLLC
      N.C. State Bar No. 6794
      P.O. Box 1567
      Smithfield, NC  27577
      (919) 934-6021
      (919) 934-0417 (fax)
      knarron@nowlaw.com

1

CERTIFICATE OF SERVICE

       This is to certify that the undersigned has electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian Peter Durelle Oten
North Carolina State Bar
boten@ncbar.gov
Attorney for Defendants Bennet, Simeon, Silverstein and
Unknown Agents of the North Carolina State Bar

Grant S. Mitchell
grant.mitchell@mlg-mail.com
Timothy C. Smith, Jr.
tim.smith@mlg-mail.com
The Mitchell Law Group
Attorneys for Defendants Bizzell, Fish, Allen, Pate Creech, Canady
Case, Daughtry, Stewart, Johnson, Billis/Gillis, and
Unknown Officers and Agents of the Johnston County Sheriff's Department

David F. Mills
David F. Mills, P.A.
david@mills-law.com
Attorney for Defendants Carrae, Franklin, and Unknown Officers
and Agents of the Johnston County Department of Social Services and
Johnston County, North Carolina

Grady L. Balentine, Jr.
Special Deputy Attorney General
gbalentine@ncdoj.gov
Attorney for Defendants The State of North Carolina, Hale, Stanley,
Doyle, Harris, North Carolina Court System, Office of Indigent Defense Services,
Johnston County Public Defender's Office, and Johnston County District Attorney's Office

Charles J. Bridgmon
cbridgmon@dmclaw.com
John T. Holden
jholden@dmclaw.com
Dickie, McCamey, Chilcote, PC
Attorneys for Defendants Walker and Walker Law Firm, PLLC

John A. Maxfield
Wake County Sheriff's Department
jmaxfield@co.wake.nc.us
Roger A. Askew
Wake County Attorney's Office
roger.askew@wakegove.com
Attorneys for Defendants Harrison, Unknown Officers and Agents of
the Wake County Sheriff's Department, and Wake County, North Carolina

    This is to certify that the undersigned has served a copy of the foregoing by placing a copy of same in the United States mail, postage prepaid, addressed as follows:

Loushonda Myers
27 Wateree Trail
Georgetown, SC 29440

This the 16th day of January, 2013.

                              NARRON, O'HALE AND
                              WHITTINGTON, P.A.

                BY:    /s/  John P. O'Hale
                        Attorney for Defendants,
                        Aleta Ballard & Ballard Law Firm, PLLC
                        N.C. State Bar No. 6794
                        P.O. Box 1567
                        Smithfield, NC 27577
                        (919) 934-6021
                        (919) 934-0417 (fax)
                        knarron@nowlaw.com