UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CV-714-D

LOUSHONDA MYERS, ET AL., )
              Plaintiffs )
)
vs. )
)
THE STATE OF NORTH CAROLINA, ET AL., )
              Defendants )
)

AFFIDAVIT OF EARL MARETT

FIRST BEING duly sworn, the undersigned affiant hereby deposes and says:

1. My name is Earl Marett. I am over the age of 18 years and make this Affidavit based upon my personal knowledge.

2. At all times relevant, I have been and am employed by the Johnston County Department of Social Services ("Department") as its Director.

3. The office of the Department is located at the following address: 714 North Street, Post Office Box 911, Smithfield, North Carolina 27577.

4. There is not now currently, nor has there been at any time relevant to the events described in the Complaint, anyone employed by the Department named "Carmen Carrae."

5. Kimberly Franklin is no longer employed by the Department and was not so employed at the time the summons and complaint were delivered to the Department office.

6. The summonses in this case were delivered to the Department office by certified mail. The persons who signed for the certified mail were not officers or directors of the Department, and had no authority to accept service of process on behalf of the Department or the named defendants.

This the 23 day of January, 2013.

_____
EARL MARETT, AFFIANT

Sworn to and subscribed to before me

This 23 day of January, 2013.

_____
Notary Public

My commission expires: 10/01/2013