THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Civil Action No. 5:12-CV-714-D

| | |
|---|---|
| Loushonda Myers, et al.<br><br>v.<br><br>The State of North Carolina, et al. | **DEFENDANTS KRISTA BENNETT, FERN GUNN SIMEON, JOHN SILVERSTEIN, AND UNKNOWN AGENTS OF THE NORTH CAROLINA STATE BAR'S MOTION TO STRIKE AND MOTION TO DISMISS** |

      Defendants Krista Bennett, Fern Gunn Simeon, John Silverstein, and the unnamed "unknown agents of the North Carolina State Bar" (collectively, "the State Bar Defendants"), by and through their undersigned counsel, move to strike all references to Plaintiff Myers's minor children as parties in the present action pursuant to Rule 11 of the Federal Rules of Civil Procedure. The State Bar Defendants also move to dismiss all claims against them in Plaintiffs' complaint pursuant to Rule 12(b)(1) & Rule 12(b)(6) of the Federal Rules of Civil Procedure. As argued in the accompanying memorandum, the Court lacks subject matter jurisdiction and Plaintiffs have failed to state a claim upon which relief can be granted against the State Bar Defendants. The claims against the State Bar Defendants in their official capacities are barred by sovereign immunity, and the claims against the Defendants in their individual capacities are barred by absolute prosecutorial immunity. Finally, Plaintiffs' complaint does not establish any cognizable claim for relief under the United States Constitution, Federal law, the North Carolina Constitution, or any other claim under North Carolina law.

      This the 25th day of January, 2013.

                                       /s/ Brian P.D. Oten
                                       Brian P.D. Oten, Deputy Counsel
                                       The North Carolina State Bar

Post Office Box 25908
Raleigh, North Carolina 27611
(919) 828-4620
Fax (919) 834-8156
boten@ncbar.gov
State Bar No. 34140
*Attorney for Defendants Bennett, Simeon, Silverstein, and "unknown agents of the North Carolina State Bar"*

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Motion to Strike and Motion to Dismiss was filed with the Clerk of Court for the United States District Court for the Eastern District of North Carolina using the CM/ECF system, which will send notification of such filing to all parties in this action registered on the system. In addition, a copy has been sent by United States mail to the pro se Plaintiffs addressed to Plaintiff Myers's physical address of record:

Loushonda Myers
27 Wateree Trail
Georgetown, SC  29440
*Pro se Plaintiff and mother of minor children C.M., A.M., & M.M.*


This the 25th day of January, 2013.


                /s/ Brian P.D. Oten
                Brian P.D. Oten, Deputy Counsel
                The North Carolina State Bar
                *Attorney for Defendants Bennett, Simeon, Silverstein, and "unknown agents of the North Carolina State Bar"*