IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**FILED**

FEB 1 9 2013

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ my ____ DEP CLK

CIVIL ACTION NO. 5:12-CV-00714-D

| | |
|---|---|
| Loushonda Myers, et al., )<br>Plaintiffs, ) | **MOTION IN OPPOSITION TO THE**<br>**DEFENDANTS' MOTION TO**<br>**STRIKE AND DISMISS** |

Loushonda Myers, et al., )
        Plaintiffs, )   **MOTION IN OPPOSITION TO THE**
                )    **DEFENDANTS' MOTION TO**
                )    **STRIKE AND DISMISS**
     v.            )
                )
The State of North Carolina, et al., )
        Defendants. )
                ) **ORAL HEARING DEMANDED**

NOW COMES Plaintiffs Loushonda Myers, a Free Woman Sovereign, Constitutional

Rights intact; and minor children, C.M., A.M., and M. M., Free Children, Constitutional Rights

intact, in their God given and sovereign capacity for the purposes of moving the Court to deny

the Defendants' (The State of North Carolina, Magistrate Keith Underwood, Magistrate/Judge

Bethany Hale, Magistrate/Judge Walter Stanley, Susan Doyle, Adren Harris, North Carolina

Court system, Office of Indigent Services, Johnston County Public Defender's Office, and

Johnston County District Attorney's Office) Motion to Strike and Dismiss. Defendants have

alleged that Plaintiffs' claims are barred by the 11th Amendment, judicial immunity, absolute

immunity, and prosecutorial immunity. Defendants have also alleged that Plaintiffs' have failed

to state a claim, and the minor children should be stricken from suit. Plaintiffs assert that the

Defendants' arguments lack merit, and are profoundly flawed. Plaintiffs move the Court to (a)

deny the Defendants' Motions, (b) grant the Plaintiffs' Motion. Plaintiffs' positions are fully set

forth in the memorandum of law attached and filed with the foregoing.

Respectfully submitted this 13th day of February, 2013.

*Loushonda Myers*
Loushonda Myers, Sui Juris/Pro Se
Natural and Legal Guardian of C.M., A.M., and M.M.
Free Children
27 Wateree Trail
Georgetown, SC 29440
loushondamyers@yahoo.com
(843) 527-2100

## CERTIFICATE OF SERVICE

I, Loushonda Myers, herby certify that a copy of the foregoing was served upon the following
Defendants in the following manner:

**Grady L. Balentine, Jr.**
(Attorney for Defendants The State of North Carolina, Underwood, Hale, Stanley, Doyle, Harris,
North Carolina Court System, Office of Indigent Services, Johnston County Public Defender's
Office,and Johnston County District Attorney's Office)
**email: gbalentine@ncdoj.gov**

**David S. Mills**
(Attorney for Defendants Johnston County, Johnston County Department of Social Services,
Carmen Carrae, Kimberly Franklin, and unknown officers/agents of the JCDSS)
**email: david@mills-law.com**

**Brian P.D. Oten**
(Attorney for Defendants Bennet, Simeon, Siverstein, and "unknown agents of the North
Carolina Bar)
**email: boten@ncbar.gov**

**2**

**Grant S. Mitchell and Timothy C. Smith, Jr.**
(Attorneys for Defendants Bizzell, Fish, Allen, Pate, Creech, Canady, Case, Daughtry, Stewart, Johnson, Billis/Gillis, and unknown officers/agents of the Johnston County Sheriff Department)
email: grant.mitchell@mlg-mail.com and tim.smith@mlg-mail.com

**Roger A. Askew and John A. Maxfield**
(Attorney for Defendants Donnie Harrison, unknown officers/agents of the Wake County Sheriff Department, and Wake County)
email: roger.askew@wakegov.com and jmaxfield@co.wake.nc.us

**Charles J. Bridgmon and John T. Holden**
(Attorney for Defendant Steven Walker and Walker Law Firm)
email: cbridgmon@dmclaw.com and jholden@dmclaw.com

**John P. O'Hale**
(Attorney for Defendants Aleta Ballard and Ballard Law Firm)
knarron@nowlaw.com

This $\underline{13\text{th}}$ day of February, 2013.

_Loushonda Myers_
Loushonda Myers, Sui Juris/Pro Se
Natural and Legal Guardian of C.M., A.M., and M.M.
Free Children
27 Wateree Trail
Georgetown, SC 29440
loushondamyers@yahoo.com
(843) 527-2100

3