Loushonda Myers
27 Wateree Trail
Georgetown, SC 29440
(843) 325-9225

January 11, 2012

Attorney General's Office
Roy Cooper
9001 Mail Service Center
Raleigh, NC 27699-9001

Dear Mr. Roy Cooper:

I am writing this letter to ask for a formal investigation into the actions of the North Carolina US Marshals Office, Johnston County Sheriff Department, Wake County Sheriff Department, Johnston County Department of Social Services, Johnston County Solicitor's Office, and the actions of attorney Aleta Ballard in Johnston County.

On October 12, 2010, the above named agencies conspired with law enforcement and/ or law enforcement sources in South Carolina to execute a deceptive, tactical, invasion of my home. As a result, I faced numerous felony charges, and my children were interrogated and basically kidnapped.

The US Marshals collaborated with law enforcement in South Carolina to violate my rights as well as the rights of my children.

I have enclosed several documents that will be of great assistance to you in regards to this matter. I have also enclosed copies of my complaints to the US Marshals Office, Johnston County Sheriff Department, and a petition that will give you some insight as to the truth and why my family and I are being targeted.

The State of North Carolina participated and facilitated a criminal conspiracy that was initiated by law enforcement in South Carolina. Then after the fact, attempted to cover up the illicit activities.

I have already written various governmental bodies in South Carolina, as well as Washington, D.C. I will continue to pursue these matters until the people and agencies involved are brought to justice. The crimes that have been committed against myself and my family were committed under the color of law.

Law enforcement used their power and authority to strip away the fundamental rights of my family. Crimes committed in this manner are one of the greatest treacherous acts that can be committed against a citizen by the people that are supposed to protect and serve.

AA-1

These individuals and agencies took an oath to uphold the law and abide by the Constitution of the United States. It is a disservice to the citizens when acts of this nature occur and nothing is done in response.

I am trusting that my complaint will be duly investigated and this office will take the appropriate actions.

I will look forward to a response pursuant to this agency's guidelines. Thank you.


Sincerely,


Loushonda Myers

AA-2