

| | |
|---|---|
| Loushonda Myers, et al., <br>         Plaintiffs, <br><br> v. <br><br> The State of North Carolina, et al., <br>         Defendants. | **DEMAND FOR JUDGEMENT** |

I, Loushonda Myers, a free woman possessing all unalienable rights inherent upon me by my Creator, God; am now demanding this court to execute judgement on all Defendants (The State of North Carolina, Underwood, Hale, Stanley, Doyle, Harris, North Carolina Court System, Office of Indigent Services, Johnston County Public Defender's Office, and Johnston County District Attorney's Office, Johnston County, Johnston County Department of Social Services, Carmen Carrae, Kimberly Franklin, and unknown officers/agents of the JCDSS, Bennet, Simeon, Siverstein, and "unknown agents of the North Carolina Bar, Sheriff Donnie Harrison, unknown officers/agents of the Wake County Sheriff Department, and Wake County, Steven Walker and Walker Law Firm, PLLC; Aleta Ballard and Ballard Law Firm, PLLC; North Carolina Department of Health and Human Services, Sheriff Steve Bizzell, Fish, Allen, Pate, Creech, Canady, Case, Daughtry, Stewart, Johnson, Billis/Gillis, and unknown officers/agents of the Johnston County Sheriff Department) in the above titled suit.

    There is no need to state case laws, rules, and/or statutes. This demand is by way of right

1

and under <u>common law that is the foundation of laws in this Republic nation.</u> The attorneys in this suit have flooded this court with motions that goes against common law, God's law, Natural law, the Constitution of the United States, and the Declaration of Independence. Howbeit that after our founding fathers fought with their blood, sweat, and tears to free the citizens from oppression, that attorneys at law have come to pervert the justice system that always was and always is to be. Before there was the law of man, there was God's law or Natural law- the law of the Earth. This fact is evident in every state constitution, the constitution of the united sates, and in our Declaration of Independence. No free man or woman should have to entertain the motions that have been submitted to this court. No free man or woman should have to give up a right in order to utilize another. No free man or woman is subject to the rule and law of a few. This country, this government, and this court is under the rule of God first and the People second. This Court must abide by God's law and Common law-which is simplistic in application and in theory; for every wrong committed against a man, he has the right to be recompensed. Every right withheld must have a remedy, and every wrong must have the proper redress. (Marbury v. Madison, 5 US 137 - Supreme Court 1803)

Just as God's law does not change, the Constitution for the United States does not change. There is no man or woman that is above the law. There is no entity that is above the law due to the fact that it is created by man. The only true sovereign that is recognized in this Nation is God. I am demanding this court to execute justice, and I am demanding that record and notice be taken of the following: (a) unalienable rights are inherent and not gifted; (b) the People hold the power in a Republic; (c) common law applies in the Republic of the United States; and (d) no rule making, legislature, statute, law, principle, and/or otherwise can take away, restrict, hinder, alter, and/or abolish the unalienable rights of sovereign citizens.

My children and I are free, sovereign citizens not because we domicile in a state of the united states, but because we are natural born human beings made in the image and likeness of God, our Creator. Therefore, we have inherited our sovereignty from the one and only true sovereign, the All Mighty God. There is no need to expound on what is already clearly established by history, and on record as de jure law-Public Law 97-280, 96 STAT. 1211, 97th Congress, October 4, 1982. No man can war against this without committing the act of treason and violating their Oath of Office.

DEMAND has been made for final judgement for the Plaintiffs, Loushonda Myers, C.M., A.M., and M.M. for the damages, injuries, and/or trespasses that have been committed against them by and through the above named defendants under the color of law in the amounts specified in the Complaint, within ten (10) days.

This _____ day of June, 2013.

Loushonda Myers, Sui Juris/Pro Se
Natural and Legal Guardian of C.M., A.M., and M.M.
Free Children
27 Wateree Trail
Georgetown, SC 29440
loushondamyers@yahoo.com
(843) 527-2100

## CERTIFICATE OF SERVICE

I, Loushonda Myers, herby certify that a copy of the foregoing was served upon the following Defendants in the following manner:

**Grady L. Balentine, Jr.**
(Attorney for Defendants The State of North Carolina, Underwood, Hale, Stanley, Doyle, Harris, North Carolina Court System, Office of Indigent Services, Johnston County Public Defender's Office,and Johnston County District Attorney's Office)
**email: gbalentine@ncdoj.gov**

**David S. Mills**
(Attorney for Defendants Johnston County, Johnston County Department of Social Services, Carmen Carrae, Kimberly Franklin, and unknown officers/agents of the JCDSS)
**email: david@mills-law.com**

**Brian P.D. Oten**
(Attorney for Defendants Bennet, Simeon, Siverstein, and "unknown agents of the North Carolina Bar)
**email: boten@ncbar.gov**

*Grant S. Mitchell and Timothy C. Smith, Jr.*
(Attorneys for Defendants Bizzell, Fish, Allen, Pate, Creech, Canady, Case, Daughtry, Stewart, Johnson, Billis/Gillis, and unknown officers/agents of the Johnston County Sheriff Department)
**email: grant.mitchell@mlg-mail.com and tim.smith@mlg-mail.com**

**Roger A. Askew and John A. Maxfield**
(Attorney for Defendants Donnie Harrison, unknown officers/agents of the Wake County Sheriff Department, and Wake County)
**email: roger.askew@wakegov.com and jmaxfield@co.wake.nc.us**

**Joseph L. Nelson and John T. Holden**
(Attorney for Defendant Steven Walker and Walker Law Firm)
**email: jnelson@dmclaw.com and jholden@dmclaw.com**

**John P. O'Hale**
(Attorney for Defendants Aleta Ballard and Ballard Law Firm)
**knarron@nowlaw.com**

**Angenette Stephenson**
(Attorney for North Carolina Department of Health and Human Services)

4

angie.stephenson@dhhs.nc.gov

This _____ day of June, 2013.

Loushonda Myers, Sui Juris/Pro Se
Natural and Legal Guardian of C.M., A.M., and M.M.
Free Children
27 Wateree Trail
Georgetown, SC 29440
loushondamyers@yahoo.com
(843) 527-2100

CC:
Supreme Court of Pennsylvania
601 Commonwealth Avenue
P.O. Box 61260
Suite 1500
Harrisburg, PA 17106

Supreme Court of North Carolina
Clerk's Office
P.O. Box 2170
Raleigh, North Carolina 27602-2170