IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
JUL 17 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

CIVIL ACTION NO. 5:12-CV-00714-D

Loushonda Myers, C.M., A.M., and M.M.,
Plaintiffs,

**NOTICE OF APPEAL**

vs.

The State of North Carolina, Magistrate/Judge Keith Underwood, Magistrate/Judge Bethany Hale, Magistrate/Judge Walter Stanley, Susan Doyle, Adren Harris, North Carolina Court System, Office of Indigent Services, Johnston County Public Defender's Office, and Johnston County District Attorney's Office, Johnston County, Johnston County Department of Social Services, Carmen Carrae, Kimberly Franklin, and unknown officers/agents of the JCDSS, Krista Bennet, Fern Gunn Simeon, John Silverstein, and "unknown agents of the North Carolina Bar, Sheriff Donnie Harrison, unknown officers/agents of the Wake County Sheriff Department, and Wake County, Steven Walker and Walker Law Firm, PLLC; Aleta Ballard and Ballard Law Firm, PLLC; North Carolina Department of Health and Human Services, Sheriff Steve Bizzell, Captain A. C. Fish, Det. C.K. Allen, Det. Don Pate, Det. J. Creech, Det. J. Canady, Det. A. Case, Capatain D. Daughtry, Lieutenant Stewart, Lieutenant Danny Johnson, Deputy Billis/Gillis, and unknown officers/agents of the Johnston County Sheriff Department
Defendants.

---

This is to serve as notice that Loushonda Myers, C.M., A.M., and M.M. appeals to the

United States Court of Appeals for the Fourth Circuit from the decision to deny the Plaintiffs'

motion to allow electronic delivery of papers in the above captioned suit. The order is dated July

5, 2013, and is signed by Julie A. Richards, Clerk of Court.

This ____ day of July, 2013.

Loushonda Myers, Sui Juris/Pro Se

1

Natural and Legal Guardian of C.M., A.M., and M.M.
Free Children
27 Wateree Trail
Georgetown, SC 29440
loushondamyers@yahoo.com
(843) 527-2100