FILED: October 15, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1963
(5:12-cv-00714-D)
_____

LOUSHONDA MYERS; C.M., a minor child; A.M., a minor child; M.M., a minor child

      Plaintiffs - Appellants

v.

THE STATE OF NORTH CAROLINA; KRISTA L. BENNET, individually and in her official capacity as Facilitator with the North Carolina State Bar; FERN GUNN SIMEON, individually and in her official capacity as Deputy Counsel with the North Carolina State Bar; JOHN SILVERSTEIN, individually and in his official capacity as Councilor-Subcommittee III with the North Carolina State Bar; UNKNOWN AGENTS OF THE NORTH CAROLINA STATE BAR, individually and in their official capacities; SHERIFF STEVE BIZZELL, individually and in his official capacity as an employee with the Johnston County Sheriff's Office; CAPTAIN A.C. FISH, individually and in his official capacity as an employee with the Johnston County Sheriff's Office; DETECTIVE C.K. ALLEN, individually and in his official capacity as an employee with the Johnston County Sheriff's Office; DETECTIVE DON PATE, individually and in his official capacity as an employee with the Johnston County Sheriff's Office; DETECTIVE J. CREECH, individually and in his official capacity as an employee with the Johnston County Sheriff's Office; DETECTIVE J. CANADY, individually and in his official capacity as Detective with the Johnston County Sheriff's Office; DETECTIVE A. CASE, individually and in his official capacity as an employee with the Johnston County Sheriff's Office; CAPTAIN D. DAUGHTRY, individually and in his official capacity as an employee with the Johnston County Sheriff's Office; LIEUTENANT

STEWART, individually and in his official capacity as an employee with the Johnston County Sheriff's Office; LIEUTENANT DANNY JOHNSON, individually and in his official capacity as an employee with the Johnston County Sheriff's Office; DEPUTY BILLIS/GILLIS, individually and in his official capacity as an employee with the Johnston County Sheriff's Office; UNKNOWN OFFICERS AND AGENTS OF THE JOHNSTON COUNTY SHERIFF'S DEPARTMENT, individually and in their official capacities; CARMEN CARRAE, individually and in her official capacity as an employee with the Johnston County Department of Social Services; KIMBERLY FRANKLIN, individually and in her official capacity as an employee with the Johnston County Department of Social Services; UNKNOWN OFFICERS AND AGENTS OF THE JOHNSTON COUNTY DEPARTMENT OF SOCIAL SERVICES, individually and in their official capacities; MAGISTRATE KEITH UNDERWOOD, individually and in his official capacity as an employee with the North Carolina Court System, Johnston County; MAGISTRATE/JUDGE WALTER STANLEY, individually and in his official capacity as an employee with the North Carolina Court System, Johnston County; SUSAN DOYLE, individually and in her official capacity as an employee with the Johnston County District Attorney's Office; ADREN HARRIS, individually and in his official capacity as an employee with the Johnston County District Attorney's Office; ATTORNEY ALETA BALLARD, individually and in her official capacities; ATTORNEY STEVEN WALKER, individually and in his official capacities; DONNIE HARRISON, individually and in his official capacity as an employee with the Wake County Sheriff's Office; UNKNOWN OFFICERS/AGENTS OF THE WAKE COUNTY SHERIFF'S DEPARTMENT, individually and in their official capacities; BALLARD LAW FIRM, PLLC; WALKER LAW FIRM, PLLC; JOHNSTON COUNTY, NORTH CAROLINA; NORTH CAROLINA COURT SYSTEM; OFFICE OF INDIGENT SERVICES; JOHNSTON COUNTY PUBLIC DEFENDER'S OFFICE; JOHNSTON COUNTY DISTRICT ATTORNEY'S OFFICE; WAKE COUNTY, NORTH CAROLINA; NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES; NORTH CAROLINA STATE BAR; JOHNSTON COUNTY SHERIFF DEPARTMENT; JOHNSTON COUNTY DEPARTMENT OF SOCIAL SERVICES; WAKE COUNTY SHERIFF DEPARTMENT; TERRAE CARMON

    Defendants - Appellees

------------------------

# M A N D A T E

------------------------

The judgment of this court, entered September 20, 2013, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*