In The United States District Court
For The Eastern District of North Carolina
Western Division

FILED
NOV 08 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Civil Suit No. 5:12-CV-00714-D

Loushonda Myers, C.M., A.M., and M.M.,
    Plaintiffs,

**MOTION FOR ACCESS TO PACER**

vs.

The State of North Carolina, et al.
    Defendants.

The Plaintiffs, Loushonda Myers; C.M.; A.M.; and M.M., are now petitioning this Court for free access to the electronic filing system of Pacer in order to file documents in the above civil suit. The Plaintiffs present the following:

    A. Access will avoid unnecessary burden and expense.

The Plaintiffs are proceeding in this suit In Forma Pauperis and have shown and/or proven that their financial status could not handle the burden of paying the filing fees to access the Court in order to obtain remedies and/or rectify wrongs for injuries, harms, and/or damages done, which is of a substantive, unalienable Right to the Plaintiffs. The Plaintiffs are proceeding against numerous Defendants to which the Plaintiffs must deliver copies of documents to them. Some of these Defendants have multiple attorneys and this increases the costs of sending copies of papers, documents, motions, and/or likewise. There exists a reasonable, secure, and/or accessible form of delivery for delivery of these documents, and this delivery will in fact lessen the burden and costs of the Plaintiffs, as well as the Defendants. It is a fact that the Court must

1

seek to do justice in a manner in which burden and costs will be the lessened, and the Plaintiffs have already demonstrated that they are in fact being burdened by the need to deliver documents to numerous Defendants and/or their attorneys. The Plaintiffs have in fact initiated this suit as a matter of Right, and this Right must not be obstructed by the inability of the Plaintiffs to afford the costs of pursuing this Right when there is in fact a means to have documents delivered in which both the Plaintiffs and the Defendants can reasonably access without undue burden and expense.

B. Access will promote public access and information.

Allowing the Plaintiffs access will also increase the availability of the Plaintiffs to access documents that have already been filed in this suit, and increase the ability of the Plaintiffs to access information and cases that have been used and/or cited in this Court. The Plaintiffs are not bar attorneys and do not have the ability to access the wide ranging sources that the Defendants and their attorneys have, however access to the Pacer system will in fact allow the Plaintiffs access to public information and increase the availability of the public records of this Court.

Therefore the Plaintiffs are respectfully demanding the following:

1. This Court allow the Plaintiffs free access to the Pacer electronic filing system that is currently being utilized in this suit; and

2. Any other remedy that this Court finds just and proper.

Respectfully submitted, this 3rd day of November, 2013.

Loushonda Myers, Sui Juris/Pro Se

2

Natural and Legal Guardian of C.M., A.M., and M.M.
Free Children
27 Wateree Trail
Georgetown, SC 29440
loushondamyers@yahoo.com
(843) 527-2100

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was delivered in the following manner to the Defendants attorneys:

John T. Holden
2115 Rexford Road
Charlotte, NC 28211

John Albert Maxfield
PO BOX 550
Raleigh, NC 27602

David F. Mills
1559-E Booker Dairy Road, Ste. B
Smithfield, NC 27577

Grant S. Mitchell
PO BOX 2917
Fayetteville, NC 28301

Joseph Nelson
2115 Rexford Road, Ste. 210
Charlotte, NC 28211

John O' Hale
PO BOX 1567
Smithfield, NC 27577

Brian P.D. Oten
PO BOX 25908
Raleigh, NC 27611

Timothy Smith
PO BOX 2917
Fayetteville, NC 28301

Angenette Stepehenson
PO BOX 629
Raleigh, NC 27602

Roger Askew
PO BOX 550
Raleigh, NC 27602

Grady Balentine
9001 Mail Service Center
Raleigh, NC 27699

This 3rd day of November, 2013.

Loushonda Myers, Sui Juris/Pro Se
Natural and Legal Guardian of C.M., A.M., and M.M.
Free Children
27 Wateree Trail
Georgetown, SC 29440
loushondamyers@yahoo.com
(843) 527-2100