IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-714-D

LOUSHONDA MYERS,                )
                                )
             Plaintiff,         )
                                )
       v.                       )     **ORDER**
                                )
THE STATE OF NORTH CAROLINA,    )
et al.,                         )
                                )
             Defendants.        )

On November 8, 2013, pro se plaintiff filed a motion for access to pacer "in order to file documents in the above civil suit" [D.E. 181]. Plaintiff has access to the CM/ECF system to review the court's docket and her case through the public access terminals in the clerk's office. However, the rules of this court prohibit plaintiff from electronic filing with this court and state that:

Rule 5.1 Filing and Service of Papers

(b) Registered User.

Only an attorney who is registered in CM/ECF may file documents electronically. Registration constitutes written consent to service of all documents by electronic means as provided by the Federal Rules and the Policy Manual.

(f) Exceptions to Electronic Filing.

Documents filed by a party who is not represented by an attorney permitted to practice in the Eastern District of North Carolina and registered in CM/ECF, and those documents listed in Section H of the Policy Manual, shall be filed in paper, and are excluded from electronic filing. Any document filed in paper that is not exempt pursuant to this section must be accompanied by a motion for leave to file the document and a proposed order. When filed in paper form, the document must contain the original signature of the attorney or each unrepresented party, and must be served upon opposing parties as provided in Fed. R. Civ. P. 5(b).

See Local Civil Rule 5.1, EDNC.

Plaintiff's motion for access to pacer to file electronically is DENIED.

SO ORDERED. This 16 day of January 2014.

                                                JAMES C. DEVER III
                                                Chief United States District Judge