# TONY CARROLL



10/21/10

To Whom It May Concern:

We were notified on October 12, 2010 that you were in violation of your lease agreement. The violation was conducting unlawful activity on the premises, 19 Topsail Island Drive, Garner, NC 27529. We are asking you vacate the premises within 10 business days from the date of this letter.

Thank you,

*[signature]*

Tony Carroll

Ex 31