UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:12-cv-00714-BO

| | |
|---|---|
| LOUSHONDA MYERS, TYRE MYERS, and DAMEON MYERS<br>    In Propria Persona,<br><br>                               Plaintiffs,<br><br>vs.<br><br>AT&T., AT&T MOBILITY LLC, UNKNOWN AGENTS/EMPLOYEES OF AT&T INC. and AT&T MOBILITY LLC, UNITED STATES MARSHAL BRYAN KONIG,UNKNOWN AGENTS/ EMPLOYEES OF THE UNITED STATES MARSHAL OFFICE IN NORTH AND SOUTH CAROLINA; SHERIFF STEVE BIZZELL, CAPTAIN A.C. FISH, DETECTIVE KRITCH ALLEN, DETECTIVE DON PATE, DETECTIVE J. CREECH, DETECTIVE J. CANADY, DETECTIVE A. CASE, CAPTAIN D. DAUGHTRY, LIEUTENANT STEWART, LIEUTENANT DANNY JOHNSON, DEPUTY GILLIS, DAVID HILDRETH, JAMES GERELL, UNKNOWN OFFICERS/EMPLOYEES OF THE JOHNSTON COUNTY SHERIFF'S OFFICE, BRANCH BANKING AND TRUST (BB&T CORPORATION)<br><br>                               Defendants. | MOTION TO STRIKE ALL MENTION OF TYRE MYERS, DAMEON MYERS, AND MINOR PLAINTIFFS AND DISMISS ALL CLAIMS AGAINST DEFENDANT BRANCH BANKING AND TRUST |

   NOW COMES Defendant Branch Banking and Trust ("BB&T"), by and through its undersigned counsel, and moves the Court pursuant to Rules 11(a) and 12(b)(6) of the Federal Rules of Civil Procedure to strike from the pleadings all mention of Tyre Myers, Dameon Myers, and the minor children as parties and to dismiss all claims against BB&T.

   In support of this Motion, BB&T states that Plaintiff, as a *pro se* litigant, is unauthorized to sign the Amended Complaint on behalf of other plaintiffs and has failed to state a claim upon

which relief can be granted. As a result, BB&T is entitled to judgment as a matter of law on all of Plaintiffs' claims. The reasons supporting BB&T's Motion are set out in more detail in its Brief in Support of Motion to Strike and Dismiss filed contemporaneously.

WHEREFORE, BB&T respectfully request the Court as follows:

1. That the Court grant Defendant's Motion to Strike all mention of the minor plaintiffs and to dismiss all claims against Defendant BB&T.

2. That BB&T have and recover such other and further relief as the Court deems just and proper.

Respectfully submitted this the 26th day of August, 2014.

**POYNER SPRUILL LLP**

By: s/ Daniel G. Cahill
Daniel G. Cahill
N.C. State Bar No. 20887
Carrie V. McMillan
N.C. State Bar No. 46257
P.O. Box 1801
Raleigh, NC 27602-1801
Telephone: 919.783.2902
Facsimile: 919.783.1075
dcahill@poynerspruill.com
cmcmillan@poynerspruill.com

ATTORNEYS FOR DEFENDANT
BRANCH BANKING AND TRUST

# CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Grant S. Mitchell  
The Mitchell Law Group  
225 Green St., Suite 1100  
Fayetteville, NC 28301

Timothy C. Smith , Jr.  
Yarborough, Winters & Neville, P.A.  
115 E. Russell St.  
Fayetteville, NC 28301

James Raleigh Baker  
Hedrick, Gardner, Kincheloe and Garofalo, LLP  
4011WestChase Blvd., Suite 300  
Raleigh, NC 27607

      I further certify that I have this day served a copy of the foregoing by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail, addressed to the following person at the following address which is the last address known to me:

Loushonda Myers  
27 Wateree Trail  
Georgetown, SC 29440  
*Pro se Plaintiff*

This the 26th day of August, 2014.

      s/ Daniel G. Cahill  
      Daniel G. Cahill