IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CV-714-BO

| | |
|---|---|
| LOUSHONDA MYERS, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | MOTION TO DISMISS |
| ) | |
| THE STATE OF NORTH CAROLINA, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

Defendant, Deputy United States Marshal Bryan Konig, by and through the United States Attorney for the Eastern District of North Carolina, moves to dismiss Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

A memorandum of law in support of this motion is being filed herewith.

Respectfully submitted, this 15th day of October, 2014.

>THOMAS G. WALKER
>United States Attorney
>
>
>BY:  /s/ Matthew L. Fesak
>     MATTHEW L. FESAK
>Assistant United States Attorney
>Civil Division
>310 New Bern Avenue
>Suite 800 Federal Building
>Raleigh, NC 27601-1461
>Telephone: (919) 856-4530
>Facsimile: (919)856-4821
>Email: matthew.fesak@usdoj.gov
>N.C. Bar No. 35276
>Attorney for Federal Defendant
>  Deputy United States Marshal
>  Bryan Konig

CERTIFICATE OF SERVICE

I do hereby certify that I have this 15th day of October, 2014 served a copy of the foregoing upon the below-listed parties by electronically filing the foregoing with the Court on this date using the CM/ECF system or by placing a copy in the U.S. Mail.

Loushonda Myers
27 Wateree Trail
Georgetown, SC 29440

Grant S. Mitchell
The Mitchell Law Group
225 Green St., Suite 1100
Fayetteville, NC 28301
Email: grant.mitchell@mlg-mail.com

Timothy C. Smith , Jr.
Yarborough, Winters & Neville, P.A.
115 E. Russell St.
Fayetteville, NC 28301
Email: timsmith@ywnlaw.com

James Raleigh Baker
Hedrick, Gardner, Kincheloe and Garofalo, LLP
4011WestChase Blvd.
Suite 300
Raleigh, NC 27607
Email: jbaker@hedrickgardner.com

Carrie Virginia McMillan
Poyner Spruill LLP
301 Fayetteville St., Suite 1900
P. O. Box 1801
Raleigh, NC 27601
Email: cmcmillan@poynerspruill.com

Daniel G. Cahill
Poyner Spruill LLP
P. O. Box 1801
301 Fayetteville St., Suite 1900
Raleigh, NC 27602-1801
Email: dcahill@poyners.com

                                /s/ Matthew L. Fesak
                                MATTHEW L. FESAK
                                Assistant United States Attorney
                                Civil Division
                                310 New Bern Avenue
                                Suite 800 Federal Building
                                Raleigh, NC 27601-1461
                                Telephone: (919) 856-4530
                                Facsimile: (919)856-4821
                                Email: matthew.fesak@usdoj.gov
                                N.C. Bar No. 35276
                                Attorney for Federal Defendant
                                  Deputy United States Marshal
                                  Bryan Konig