United States district court

Eastern district of North Carolina

Civil Action: 5:12-CV-00714-BO

FILED
JAN 0 8 2015
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Loushonda Myers,

    In Propria Persona Plaintiffs,

              vs.

SHERIFF STEVE BIZZELL, CAPTAIN
A.C. FISH, DETECTIVE KRITCH ALLEN,
DETECTIVE DON PATE, DETECTIVE J. CREECH,
DETECTIVE J. CANADY, DETECTIVE A. CASE,
CAPTAIN D. DAUGHTRY, LIEUTENANT STEWART,
LIEUTENANT DANNY JOHNSON, DEPUTY GILLIS,
DAVID HILDRETH, JAMES GERRELL, UNKNOWN
OFFICERS/EMPLOYEES OF THE JOHNSTON
COUNTY SHERIFF'S OFFICE,

               Defendants.

**MOTION TO COMPEL**

    In Propria Persona Plaintiff, Loushonda Myers, now petitions the Court for an Order to Compel the United States Marshal Service (also referred to herein as USMS) and the Federal Bureau of Investigation (also referred to herein as FBI) to comply with the demands within the subpoenas served upon them.

    On November 12, 2014, Eric McNeil initiated service upon Stacia Hylton, Director of the USMS and James B. Comey, Director of the FBI, via USPS Certified Mail Return Receipt. The subpoenas gave a date of November 21, 2014 for compliance. The delivery receipt was returned with a service date of November 20, 2014 for James B. Comey and November 19, for Stacia

Hylton. As of the date of this motion, January 4, 2014, neither Stacia Hylton (USMS) nor James B. Comey (FBI) have complied with the subpoena.

In Propria Persona Plaintiff asserts that service was in fact made as evident by the attached copies of the USPS delivery receipt. Ms. Myers have given sufficient time for both parties to respond and they have failed to do so.

Ms. Myers is now respectfully demanding that an Order be immediately issued directing the aforementioned individuals to comply with the subpoenas issued, forthwith.

Respectfully submitted January 4, 2015.

*[signature]*
Loushonda Myers
In Propria Persona Plaintiff
Private Attorney General
27 Wateree Trail
Georgetown, South Carolina 29440
(843)527-2100
loushondamyers@yahoo.com

CERTIFICATE OF SERVICE

I, Loushonda Myers, certify that a copy of the foregoing has been delivered to the Defendants by mailing a copy via USPS first class mail addressed to the Defendants as follows:

**Grant S. Mitchell and Ronnie M. Mitchell**
(Attorneys for Defendants Sheriff Steve Bizzell, Captain A.C. Fish, Detective Kritch Allen, Detective Don Pate, Detective J. Creech, Detective J. Canady, Detective A. Case, Captain D. Daughtry, Lieutenant Stewart, Lieutenant Danny Johnson, Deputy Gillis, David Hildreth, James Gerrell, and Unknown Officers/Employees of the Johnston County Sheriff's Office)
P.O. Box 2917

2

Fayetteville, North Carolina 28302


Date: January 4, 2015.

                                                    Loushonda Myers
                                                In Propria Persona Plaintiff
                                                    Private Attorney General
                                                           27 Wateree Trail
                                      Georgetown, South Carolina 29440
                                                         (843)527-2100
                                                loushondamyers@yahoo.com