IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-714-BO

| | |
|---|---|
| LOUSHONDA MYERS, TYRE MYERS, And DAMEON MYERS, ) ) ) ) Plaintiffs, ) ) v. ) AT&T, INC, *et al.*, ) ) Defendants. ) | **ORDER** |

This matter is before the Court on plaintiffs' motion in opposition to Bryan Konig's motion to dismiss. [DE 250]. By order entered December 2, 2014, the Court granted defendant Konig's motion to dismiss and denied plaintiff's motion for extension of time within which to respond to the motion to dismiss. The Court has reviewed the instant motion in opposition and it provides no basis upon which the Court might reconsider its prior ruling dismissing defendant Konig from this action. *See e.g. Wiseman v. First Citizens Bank & Trust Co.*, 215 F.R.D. 507, 509 (W.D.N.C. 2003) (motions to reconsider are allowed in "certain, limited circumstances".). The motion in opposition is therefore DENIED.

SO ORDERED.

This the 20 day of January, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE