United States district court
Eastern district of North Carolina
Civil Action: 5:12-CV-00714-BO

Loushonda Myers,
    In Propria Persona, Plaintiff,

Vs.

**MOTION TO DISQUALIFY AND RECUSE**

SHERIFF STEVE BIZZELL, CAPTAIN
A.C. FISH, DETECTIVE KRITCH ALLEN,
DETECTIVE DON PATE, DETECTIVE J. CREECH,
DETECTIVE J. CANADY, DETECTIVE A. CASE,
CAPTAIN D. DAUGHTRY, LIEUTENANT STEWART,
LIEUTENANT DANNY JOHNSON, DEPUTY GILLIS,
DAVID HILDRETH, JAMES GERRELL, UNKNOWN
OFFICERS/EMPLOYEES OF THE JOHNSTON
COUNTY SHERIFF'S OFFICE
    Defendants.

**JURY TRIAL DEMANDED ON ALL ISSUES, INCLUDING FACT AND LAW**

---

    I, Loushonda Myers, now petitions the Court to disqualify and remove United States Magistrate Judge Robert B. Jones, Jr. and United States District Judge Terrance W. Boyle from further action in this suit, pursuant to Title 28 U.S.C. § 455; prejudice, bias, "plain error" of law; abuse of discretion, not reading pleadings, evidence, documents; ignoring fundamental facts, documents, and materials; and making substantive and fundamental mistakes.

    28 U.S.C. § 455 states, "Any justice judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned". I complain and claim that Magistrate Jones, Jr. (also referred to herein as Magistrate Jones or Judge Jones) and Judge Terrance W. Boyle (also referred to herein as Judge Boyle) have given the appearance and perception of impropriety; have violated the Code of Conduct for United States Judges; have ignored stare decisis; and have failed to uphold and support the United States

Constitution.

My complaints are detailed in the following Memorandum of Law and I am demanding immediate removal and/or disqualification of both Magistrate Jones, Jr. and Judge Terrance Boyle from presiding and/or any involvement in my suit- among other things. I am respectfully demanding that this Motion and attached Memorandum be read and reviewed by an Article III Judge other that Magistrate Jones, Jr. or District Court Judge Boyle.

August 6, 2015.

Loushonda Myers
Sui Juris, In Propria Persona Plaintiff
Private Attorney General, Natural Human Being
27 Wateree Trail
Georgetown, South Carolina 29440
(843) 527-2100
loushondamyers@yahoo.com