FILED

OCT 20 2015

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

United States District Court

Eastern District of North Carolina

Western Division

Civil Suit: 5:12-CV-00714-BO

Loushonda Myers

    In Propria Persona Plaintiff/Claimant,

Vs.                                                                            CROSS- MOTION

THE STATE OF NORTH CAROLINA, et al

    Defendants.

## JURY TRIAL DEMANDED ON ALL ISSUES, INCLUDING FACT AND LAW

    I, LouShonda Myers, am now respectfully submitting this cross motion for summary judgment against Defendants, Sheriff Steve Bizzell, Captain A.C. Fish, Detective Allen, Detective Don Pate, Detective J. Creech, Detective J. Canady, Detective A. Case, Captain D. Daughtry, Lieutenant Stewart, Lieutenant Danny Johnson, Deputy Gillis, David Hildreth, James Gerrell, and Unknown Officers/Employees of the Johnston County Sheriff's Office.

    In support of this cross motion I am incorporating by reference the Memorandum, exhibits, and Affidavit filed simultaneously with this motion. The Defendants Motion for Summary Judgement is conclusory and provides no factual basis for summary judgment. There exists clear and genuine issues of fact and law; and the Defendants have failed to provide a scintilla of evidence to support their contentions. In addition, the Defendants have never rebutted my Affidavits filed in this suit; and their attorney's statements in their memorandum cannot are not sufficient for a summary judgment. (Trinsey v. Pagliaro 229 F.Supp. 647 (1964))

Therefore, I am respectfully demanding Summary Judgment in my favor and denial of the Defendants'' Motion for Summary judgement.

October 17, 2015.

_____
Loushonda Myers
In Propria Persona Plaintiff/Claimant
Private Attorney General
27 Wateree Trail
Georgetown, South Carolina 29440
(843)527-2100
loushondamyers@yahoo.com

CERTIFICATE OF SERVICE

I, Loushonda Myers, certify that a copy of the foregoing has been delivered to the Defendants by mailing a copy via USPS first class mail addressed to the Defendants as follows:

**Grant S. Mitchell and Ronnie M. Mitchell**
(Attorneys for Defendants Sheriff Steve Bizzell, Captain A.C. Fish, Detective Kritch Allen, Detective Don Pate, Detective J. Creech, Detective J. Canady, Detective A. Case, Captain D. Daughtry, Lieutenant Stewart, Lieutenant Danny Johnson, Deputy Gillis, David Hildreth, James Gerrell, and Unknown Officers/Employees of the Johnston County Sheriff's Office)
P.O. Box 2917
Fayetteville, North Carolina 28302

October 17, 2015.

_____
Loushonda Myers
In Propria Persona Plaintiff/Claimant
Private Attorney General
27 Wateree Trail

Georgetown, South Carolina 29440
(843)527-2100
loushondamyers@yahoo.com