United States District Court
JAN 08 2016

Eastern District of North Carolina

Western Division

Civil Suit: 5:12-CV-00714-BO


FILED
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Loushonda Myers

    In Propria Persona Plaintiff/Claimant,

Vs.                                   NOTICE TO COURT

THE STATE OF NORTH CAROLINA, et al

    Defendants.

---

    I, LouShonda Myers, am now submitting a notice to the court in the above referenced matter. It has recently come to my attention that the copy of my Demand For Relief that was intended for AT&T Inc. and AT&T Mobility, LLC was erroneously sent to the incorrect address. I have since contacted the attorney, James Baker, by sending an e-mail with a copy of the filed motion, as well as sending a copy via USPS.

    Attached you will find a copy of the email sent to Mr. Baker, as well as a copy of the returned article label.

January 6, 2016.

                                                     Loushonda Myers
                                    In Propria Persona Plaintiff/Claimant
                                             Private Attorney General

1

27 Wateree Trail
Georgetown, South Carolina 29440
(843)527-2100
loushondamyers@yahoo.com

CERTIFICATE OF SERVICE

I, Loushonda Myers, certify that a copy of the foregoing was sent to James Baker and Kristi Farwell addresses to 4131 Parklake Avenue, Suite 300, Raleigh, North Carolina 27607.

January 6, 2016.

<br>

Loushonda Myers
In Propria Persona Plaintiff/Claimant
Private Attorney General
27 Wateree Trail
Georgetown, South Carolina 29440
(843)527-2100
loushondamyers@yahoo.com