UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LOUSHONDA MYERS, C.M., *a minor child*, A.M., *a minor child*, M.M., *a minor child*, TYRE MYERS, DAMEON MYERS, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | |
| STATE OF NORTH CAROLINA, KRISTA L. BENNET, FERN GUNN SIMEON, JOHN SILVERSTEIN, UNKNOWN AGENTS OF THE NORTH CAROLINA STATE BAR, SHERIFF STEVE BIZZELL, CAPTAIN A.C. FISH, DETECTIVE C.K. ALLEN, DETECTIVE DON PATE, DETECTIVE J. CREECH, DETECTIVE J. CANADY, DETECTIVE A. CASE, CAPTAIN D. DAUGHTRY, LIEUTENANT STEWART, LIEUTENANT DANNY JOHNSON, DEPUTY BILLIS/GILLIS, UNKNOWN OFFICERS AND AGENTS OF THE JOHNSTON COUNTY SHERIFF'S DEPARTMENT, CARMEN CARRAE, KIMBERLY FRANKLIN, UNKNOWN OFFICERS AND AGENTS OF THE JOHNSTON COUNTY DEPARTMENT OF SOCIAL SERVICES, MAGISTRATE KEITH UNDERWOOD, MAGISTRATE/JUDGE BETHANY HALE, MAGISTRATE/JUDGE WALTER STANLEY, SUSAN DOYLE, ADREN HARRIS, ATTORNEY ALETA BALLARD, ATTORNEY STEVEN WALKER, DONNIE HARRISON, UNKNOWN OFFICERS/AGENTS OF THE WAKE COUNTY SHERIFF'S DEPARTMENT, BALLARD LAW FIRM, PLLC, WALKER LAW FIRM, PLLC, JOHNSTON COUNTY, NORTH CAROLINA, NORTH CAROLINA COURT SYSTEM, OFFICE OF INDIGENT SERVICES, JOHNSTON COUNTY PUBLIC DEFENDER'S OFFICE, JOHNSTON COUNTY DISTRICT ATTORNEY'S OFFICE, WAKE COUNTY, NORTH CAROLINA, NORTH CAROLINA DEPARTMENT OF HEALTH AND | **JUDGMENT**<br><br>5:12-CV-714-BO |

| | |
|---|---|
| HUMAN SERVICES, NORTH CAROLINA STATE BAR, JOHNSTON COUNTY SHERIFF DEPARTMENT, JOHNSTON COUNTY DEPARTMENT OF SOCIAL SERVICES, WAKE COUNTY SHERIFF DEPARTMENT, TERRAE CARMON, AT&T INC., AT&T MOBILITY LLC, UNKNOWN AGENTS/EMPLOYEES OF AT&T INC. AND AT&T MOBILITY LLC, UNITED STATES MARSHAL BRYAN KONIG, UNKNOWN AGENTS/EMPLOYEES OF THE UNITED STATES MARSHAL OFFICE IN NORTH AND SOUTH CAROLINA, BRANCH BANKING AND TRUST (BB&T CORPORATION), JAMES GERRELL, DAVID HILDRETH, UNITED STATES MARSHAL SERVICE, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that in accordance with the Court's order entered August 16, 2013, and for the reasons set forth more specifically therein, the Court GRANTS the motions to dismiss with prejudice as to defendants (1) the State of North Carolina, North Carolina Court System, Office of Indigent Defense Services, Keith Underwood, Bethany Hale, Walter Stanley, and Johnston County Public Defender's Office [D.E. 35], (2) the Johnston County Sheriff Department [D.E. 140], (3) Steven Walker and Walker Law Firm, PLLC [D.E. 78], (4) Aleta Ballard and Ballard Law Firm, PLLC [D.E. 81], (5) Krista Bennett, John Silverstein, Fern Gunn Simeon, and unknown agents of the North Carolina State Bar [D.E. 101], and (6) North Carolina Department of Health and Human Services [D.E. 115]. The claims against these defendants are DISMISSED with prejudice. As for the remaining defendants, the court GRANTS without prejudice their motions to dismiss [D.E. 35, 64, 99, 138].

It is **FURTHER ORDERED, ADJUDGED AND DECREED**, that in accordance with the Court's order entered December 2, 2014, and for the reasons set forth more specifically therein, the defendants' motions to dismiss are GRANTED. Defendants BB&T, AT&T, Inc., AT&T Mobility LLC, Unknown Agents/Employees of AT&T, Inc., United States Marshal Konig, and the unknown agents/employees of the United States Marshal Office in North and South Carolina are DISMISSED WITH PREJUDICE from this action.

*Cont.*

It is **FURTHER ORDERED**, **ADJUDGED AND DECREED**, that defendant's motion for summary judgment [DE 295] is GRANTED and plaintiff's motion for summary judgment [DE 302] is correspondingly DENIED. The Court DECLINES to exercise supplemental jurisdiction over any state law claims against the remaining defendants in their individual capacities. Plaintiff's motions to disqualify/recuse [DE 287], to alter judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure [DE 288], and for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure [DE 308] are DENIED. Plaintiff's motion for default judgment [DE 306] is DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on January 19, 2016, and served on:**
(via CM/ECF Notice of Electronic Filing)
Grant Mitchell
Timothy C. Smith, Jr.
David Mills
Matthew Fesak

(via US Mail to 27 Wateree Trail, Georgetown, SC 29440)
Loushonda Myers

January 19, 2016



JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk