FILED
JAN 26 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

United States district court
Eastern district of North Carolina
Civil Action: 5:12-CV-00714-BO

Loushonda Myers, et al
    In Propria Persona, Plaintiffs,

vs.                                  **DEMAND FOR STAY OF JUDGEMENT/ORDER**

THE STATE OF NORTH CAROLINA, ET AL.

    I, Loushonda Myers, now respectfully demands a stay of the judgment and/or order entered on January 19, 2016. I am appealing the matter; and the suit has genuine issues of fact and law, as wells as genuine questions of law. This appeal is not being taken for the purposes of harassment- but for justice; and relief, remedy, and/or redress for injuries, damages, and/or harms that have been conducted. This stay and the appeal are being made in good faith, is of Right, and is in the best interest of justice.

January 22, 2016.

                                                    Loushonda Myers
                                        Sui Juris, In Propria Persona Plaintiff
                         Private Attorney General, Natural Human Being
                                                    27 Wateree Trail
                                          Georgetown, South Carolina 29440
                                                  (843) 527-2100
                                              loushondamyers@yahoo.com