United States district court
Eastern district of North Carolina
Civil Action: 5:12-CV-00714-BO

Loushonda Myers, et al
    In Propria Persona, Plaintiffs,

vs.                         **DEMAND FOR RELIEF FROM JUDGEMENT/ORDER RULE 59(e)**

THE STATE OF NORTH CAROLINA, ET AL.

    I, Loushonda Myers, now demands relief from the January 19, 2016 order/judgemnet of United States District Court Judge Boyle pursuant to FRCP 59(e). My position, issues, and/or points are detailed in the accompanying Memorandum and exhibits.

February 12, 2016.

                                              Loushonda Myers
                              Sui Juris, In Propria Persona Plaintiff
                      Private Attorney General, Natural Human Being
                                             27 Wateree Trail
                                Georgetown, South Carolina 29440
                                                (843) 527-2100
                                         loushondamyers@yahoo.com

### CERTIFICATE OF SERVICE

    I, certify that a copy of the foregoing Memorandum in Support of my Demand for Denial has been served as follows:

Grant S. Mitchell and Ronnie M. Mitchell
(Attorneys for Defendants Sheriff Steve Bizzell, Captain A.C. Fish, Detective Kritch Allen, Detective Don Pate, Detective J. Creech, Detective J. Canady, Detective A. Case, Captain D. Daughtry, Lieutenant Stewart, Lieutenant Danny Johnson, Deputy Gillis, David Hildreth, James Gerrell, and Unknown Officers/Employees of the Johnston County Sheriff's Office)
P.O. Box 2917
Fayetteville, North Carolina 28302

1

February 12, 2016.

_____
Loushonda Myers
Sui Juris, In Propria Persona Plaintiff
Private Attorney General, Natural Human Being
27 Wateree Trail
Georgetown, South Carolina 29440
(843) 527-2100
loushondamyers@yahoo.com