<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-1083

LOUSHONDA MYERS, In Propria Persona Plaintiff, Private Attorney General, on behalf of Dameon Myers and Tyre Myers, In Propria Persona Plaintiffs,

  Plaintiff - Appellant,

 and

C.M., a minor child; A.M., a minor child; M.M., a minor child; TYRE MYERS; DAMEON MYERS,

  Plaintiffs,

 v.

SHERIFF STEVE BIZZELL, individually and in his official capacity as an employee with the Johnston County Sheriff's Office; CAPTAIN A.C. FISH, individually and in his official capacity as an employee with the Johnston County Sheriff's Office; DETECTIVE C.K. ALLEN, individually and in his official capacity as an employee with the Johnston County Sheriff's Office; DETECTIVE DON PATE, individually and in his official capacity as an employee with the Johnston County Sheriff's Office; DETECTIVE J. CREECH, individually and in his official capacity as Detective with the Johnston County Sheriff's Office; DETECTIVE A. CASE, individually and in his official capacity as an employee with the Johnston County Sheriff's Office; DETECTIVE D. DAUGHTRY, individually and in his official capacity as an employee with the Johnston County Sheriff's Office; LIEUTENANT STEWART, individually and in his official capacity as an employee with the Johnston County Sheriff's Office; DEPUTY BILLIS/GILLIS, individually and in his official capacity as an employee with the Johnston County Sheriff's Office; UNKNOWN OFFICERS AND AGENTS OF THE JOHNSTON COUNTY SHERIFF'S DEPARTMENT, individually and in their official capacities; JAMES GERRELL; DAVID HILDRETH; STATE OF NORTH CAROLINA; KRISTA L. BENNET, individually and in her official capacity

as Facilitator with the North Carolina State Bar; FERN GUNN SIMEON, individually and in her official capacity as Deputy Counsel with the North Carolina State Bar; JOHN SILVERSTEIN, individually and in his official capacity as Councilor-Subcommittee III with the North Carolina State Bar; UNKNOWN AGENTS OF THE NORTH CAROLINA STATE BAR, individually and in their official capacities; CARMEN CARRAE, individually and in her official capacity as an employee with the Johnston County Department of Social Services; KIMBERLY FRANKLIN, individually and in her official capacity as an employee with the Johnston County Department of Social Services; UNKNOWN OFFICERS AND AGENTS OF THE JOHNSTON COUNTY DEPARTMENT OF SOCIAL SERVICES, individually and in their official capacities; MAGISTRATE KEITH UNDERWOOD, individually and in his official capacity as an employee with the North Carolina Court System, Johnston County; MAGISTRATE/JUDGE BETHANY HALE, individually and in her official capacity as an employee with the North Carolina Court System, Johnston County; MAGISTRATE/JUDGE WALTER STANLEY, individually and in his official capacity as an employee with the North Carolina Court System, Johnston County; SUSAN DOYLE, individually and in her official capacity as an employee with the Johnston County District Attorney's Office; ADREN HARRIS, individually and in his official capacity as an employee with the Johnston County District Attorney's Office; ATTORNEY ALETA BALLARD, individually and in her official capacities; ATTORNEY STEVEN WALKER, individually and in his official capacities; DONNIE HARRISON, individually and in his official capacity as an employee with the Wake County Sheriff's Office; UNKNOWN OFFICERS/AGENTS OF THE WAKE COUNTY SHERIFF'S DEPARTMENT, individually and in their official capacities; BALLARD LAW FIRM, PLLC; WALKER LAW FIRM, PLLC; JOHNSTON COUNTY, NORTH CAROLINA; NORTH CAROLINA COURT SYSTEM; OFFICE OF INDIGENT SERVICES; JOHNSTON COUNTY PUBLIC DEFENDER'S OFFICE; JOHNSTON COUNTY DISTRICT ATTORNEY'S OFFICE; WAKE COUNTY, NORTH CAROLINA; NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES; NORTH CAROLINA STATE BAR; JOHNSTON COUNTY SHERIFF DEPARTMENT; JOHNSTON COUNTY DEPARTMENT OF SOCIAL SERVICES; WAKE COUNTY SHERIFF DEPARTMENT; TERRAE CARMON; AT&T INC.; AT&T MOBILITY LLC; UNKNOWN AGENTS/EMPLOYEES OF AT&T INC. AND AT&T MOBILITY LLC; UNITED STATES MARSHAL BRYAN KONIG; UNKNOWN AGENTS/EMPLOYEES OF UNITED STATES MARSHAL SERVICE IN NORTH AND SOUTH CAROLINA; BRANCH BANKING AND TRUST, (BB&T Corporation); DETECTIVE J. CANADY, individually and in his official capacity as Detective with the Johnston County Sheriff's Office; LIEUTENANT DANNY JOHNSON, individually and

in his official capacity as an employee with the Johnston County Sheriff's Office,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge. (5:12-cv-00714-BO)

---

Submitted: December 21, 2016      Decided: December 27, 2016

---

Before KING and SHEDD, Circuit Judges, and DAVIS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Loushonda Myers, Appellant Pro Se.  Grant Stephen Mitchell, Timothy C. Smith, MITCHELL LAW GROUP, Fayetteville, North Carolina; Grady L. Balentine, Jr., Special Deputy Attorney General, Angenette R. Stephenson, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina; Brian Peter Durelle Oten, NORTH CAROLINA STATE BAR, Raleigh, North Carolina; David Franklin Mills, DAVID F. MILLS, PA, Smithfield, North Carolina; John Peter O'Hale, NARRON, O'HALE & WHITTINGTON, PA, Smithfield, North Carolina; John T. Holden, Joseph Lawrence Nelson, DICKIE, MCCAMEY & CHILCOTE, Charlotte, North Carolina; Roger Allen Askew, John Albert Maxfield, WAKE COUNTY ATTORNEY'S OFFICE, Raleigh, North Carolina; James Raleigh Baker, HEDRICK, GARDNER, KINCHELOE & GAROFALO, LLP, Raleigh, North Carolina; Matthew Fesak, Assistant United States Attorney, Raleigh, North Carolina; Daniel Gerald Cahill, Caroline P. Mackie, POYNER SPRUILL LLP, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

    Loushonda Myers appeals the district court's orders granting Defendants' motions to dismiss and for summary judgment and denying reconsideration of its orders and the magistrate judge's orders in her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Myers v. Bizzell</u>, No. 5:12-cv-00714-BO (E.D.N.C. Apr. 8, 2016; Jan. 19, 2016; July 30, 2015; July 28, 2015; Apr. 23, 2015; Jan. 22, 2015; filed Dec. 2, 2014, entered Dec. 3, 2014; Aug. 16, 2013). We grant Myers' motion to exceed the informal brief length limitations and deny as moot her request to amend or correct the caption. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>