# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 14, 2017

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re:  LouShonda Myers
         v. North Carolina, et al.
         No. 17-5590
         (Your No. 16-1083)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 28, 2017 and placed on the docket August 14, 2017 as No. 17-5590.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst